# BROWN & CONNERY
## LLP

STEVEN G. WOLSCHINA
PAUL MAINARDI
MICHAEL J. VASSALOTTIv
WILLIAM M. TAMBUSSIv
MARK P. ASSELTA*
STEPHEN J. DeFEO*
JOSEPH M. NARDI, III*
CHRISTINE P. O'HEARN*v
JOSEPH T. CARNEY*º
KAREN A. MCGUINNESS*
SUSAN M. LEMING*
SHAWN C. HUBER*v
LOUIS R. LESSIG*
JOSEPH M. GAREMORE*

COUNSEL:
JOHN E. WALLACE, JR.

OF COUNSEL:
KATHIE L. RENNER*
MICHAEL R. MIGNOGNA*
JOSEPH G. ANTINORI
CARL J. GREGORIO~
CHRISTOPHER J. TUCCI*

THOMAS F. CONNERY, JR. (1915-2004)
HORACE G. BROWN (1902-1990)
HOWARD G. KULP, JR. (1906-1987)

ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY
360 HADDON AVENUE
P.O. BOX 539
WESTMONT, NEW JERSEY 08108

TELEPHONE: (856) 854-8900
FACSIMILE: (856) 858-4967
www.brownconnery.com

WOODBURY, NJ 08096          CAMDEN, NJ 08102          PHILADELPHIA, PA 19102
(856) 812-8900              (856) 365-5100            (215) 592-4352

MICHELLE H. BADOLATO^*
COLLEEN P. BEZICH*
WILLIAM F. COOK*
MICHAEL J. DIPIERO*
ABIGAIL M. GREEN*
JENNIFER A. HARRIS
PATRICK J. HOLSTON*
JEFFREY R. JOHNSON*
DIANE S. KANE*
JANINE M. LLOYD*
DONALD K. LUDMAN.
KEITH C. MALCARNEY
BETH L. MARLIN*
ERIC D. MILAVSKY*
MICHAEL J. MILES*
PAMELA A. MULLIGAN
CHRISTOPHER A. ORLANDO*
GINA M. ROSWELL*
KENNETH J. SCHWEIKER, JR.º
MICHAEL J. WATSON*

* ALSO ADMITTED IN PENNSYLVANIA
· ALSO ADMITTED IN NEW YORK
. ALSO ADMITTED IN DELAWARE
^ ALSO ADMITTED IN MARYLAND
V CERTIFIED BY THE SUPREME
  COURT OF NEW JERSEY AS
  CIVIL TRIAL ATTORNEY
~ CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS WORKERS'
  COMPENSATION LAW
  ATTORNEY

June 6, 2011

**Via Electronic Filing and Facsimile**
Honorable Robert B. Kugler, U.S.D.J.
**United States District Court**
**for the District of New Jersey**
Mitchell H. Cohen Federal Courthouse
1 John F. Gerry Plaza, Room 6040
Fourth & Cooper Streets
Camden, New Jersey  08101

    Re:    **TD Bank v. Bryan K. Tyson**
           **Civil Action No.  11-cv-2636**

Dear Judge Kugler:

    We represent the plaintiff, TD Bank, N.A., in the above matter. Your Honor has scheduled a hearing on TD Bank's motion for contempt tomorrow, June 7, 2011 at 9:30am. Enclosed is a Certification we received from plaintiff, Bryan Tyson's counsel in the above matter. In addition, we have scheduled an interview by telephone of Mr. Tyson as per this Court's initial Order scheduled for 2pm this afternoon. Based upon the assumption that Mr. Tyson will appear and submit to the interview, we will withdraw the pending motion for contempt without prejudice at this time.

                                        Respectfully,

                                        **BROWN & CONNERY, LLP**

                                        /s/ *Christine P. O'Hearn*

Enclosures                              Christine P. O'Hearn

**BROWN & CONNERY**
LLP

June 6, 2011
Page 2

cc:     Thomas Seeley, Esquire (*via facsimile and regular mail; w/o encs.*)